IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN LAVEING, | ) |
|       Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:19-cv-01095-CRE |
| VS. | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) |
|       Defendant. | ) |

**STIPULATION FOR DISMISSAL**

The parties hereby stipulate to the voluntary dismissal with prejudice of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear his or its own attorney fees and court costs. The parties consent to the Court retaining jurisdiction to enforce settlement.

Respectfully Submitted,

_s/ Gregory G. Paul_
Gregory G. Paul (PA ID 83334)
Paul Law Offices
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
(412) 259-8375
(888) 822-9421 (facsimile)
gregpaul@paullaw.com.com

Sean A. Casey
PA ID #79806
sean@caseylegal.com
**SEAN A. CASEY, ATTORNEY AT LAW**
First & Market Building
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
T: (412) 201-9090
F: (412) 281-8481

_Counsel for Plaintiff_

Dated:  July 30, 2021

_s/ Joseph P. Sirbak, II_
Joseph P. Sirbak, II
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
jsirbak@cozen.com

_Counsel for Defendant_

August 2, 2021

SO ORDERED:
s/ David S. Cercone
Sr. U.S. District Judge